IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>P.O. Box 34553<br>Washington, D.C. 20043,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES<br>DEPARTMENT OF TRANSPORTATION,<br>1200 New Jersey Ave, S.E.<br>Washington, D.C. 20950,<br><br>*Defendant*. | Case No. 1:17-cv-01293-RDM |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff, DEMOCRACY FORWARD FOUNDATION, by counsel, respectfully submits the attached Declaration of Karianne M. Jones as proof that service of process has been effectuated on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Defendant in the above-captioned matter.

Dated July 14, 2017

Respectfully submitted,

/s/ *Javier M. Guzman*

Javier M. Guzman
(D.C. Bar No. 462679)
Karianne Jones,* *pro hac vice*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
kjones@democracy forward.org
*Admitted in the State of Minnesota; practicing under the supervision of organization principals.