IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>P.O. Box 34553<br>Washington, D.C. 20043,<br><br>*Plaintiff*,<br><br>vs.<br><br>UNITED STATES<br>DEPARTMENT OF TRANSPORTATION,<br>1200 New Jersey Ave, S.E.<br>Washington, D.C. 20950,<br><br>*Defendant*. | Case No. 1:17-cv-01293-RDM |

## DECLARATION OF KARIANNE M. JONES

I, KARIANNE M. JONES, declare as follows:

1. My name is Karianne M. Jones. I am over eighteen years of age, of sound mind, and fully competent to make this declaration. I also have personal knowledge of the factual statements contained herein.

2. I am employed as Counsel at Democracy Forward Foundation in Washington, D.C. I have worked for Democracy Forward Foundation in this capacity since May 2017.

3. On June 30, 2017, Plaintiff, Democracy Forward Foundation, by counsel, initiated the above-captioned matter in the U.S. District Court for the District of Columbia. Shortly thereafter, I served summonses and copies of the complaint, filed electronically in this litigation on the U.S. Attorney for the District of Columbia, the U.S. Attorney General, and the Department of Transportation. Service was effectuated by Certified U.S. Mail.

4.      According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effectuated on the U.S. Attorney for the District of Columbia at 555 4th Street N.W., Washington, D.C. 20530, on July 10, 2017.

5.      According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effectuated on the U.S. Attorney General at the U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530, on July 10, 2017.

6.      According to the Certified Mail Receipt and U.S. Postal Service Track and Confirm Sheet, service of process was effectuated on the Department of Transportation at 1299 New Jersey Avenue, S.E., Washington, D.C. 20950, on July 13, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2017, in Washington, D.C.

/s/ Karianne Jones<br>Karianne Jones, *pro hac vice*